NO. 07-12-0462-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 NOVEMBER 27, 2012
 ______________________________

 PEDRO PEREZ MORALES,

 Appellant

 v.

 THE STATE OF TEXAS, 

 Appellee
 _______________________________
 
 FROM THE 340[TH] DISTRICT COURT OF TOM GREEN COUNTY;

 NO. C-10-0321-SB; HONORABLE JAY K. WEATHERBY, JUDGE
 _______________________________
 
 On Motion to Dismiss
 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
Pending before this court is a motion to dismiss the appeal signed by both appellant Pedro Perez Morales and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Do not publish. Per Curiam